UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ELLIOT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. CHAVEZ, et al.,<br><br>　　　　　Defendants. | No.  2:22-cv-1982-DJC-EFB (PC)<br><br><br>ORDER |

　　　Plaintiff, a state prison inmate, proceeds without counsel in an action brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

　　　On April 17, 2023, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

　　　1. The findings and recommendations filed April 17, 2023 (ECF No. 15), are adopted in full;

1

2. Plaintiff's claim(s) against defendant Campose are dismissed without prejudice for failure to state a claim; and

3. The Clerk of Court is directed to terminate Campose as a defendant in this action.

4. This matter is referred back to the Magistrate Judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated: **March 7, 2024**

*Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE